UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-12127-GAO

JOHN DOE, a minor, by and through his parents and next friends,
JAMES DOE AND JANE DOE,
Plaintiffs,

v.

ATTLEBORO PUBLIC SCHOOLS and BUREAU OF SPECIAL EDUCATION APPEALS,
Defendants.

ORDER
April 22, 2010

O'TOOLE, D.J.

The motion for reconsideration by defendant Attleboro Public Schools (dkt. no. 13) is DENIED. As the plaintiffs note, the Court (1) ruled that the defendant's motion to strike the complaint (dkt. no. 3) was moot in light of the filing of an amended complaint and (2) denied the defendant's motion to strike the amended complaint (dkt. no. 8) on the merits. The requests by both Attleboro Public Schools and Bureau of Special Education Appeals for additional time to file responses are GRANTED.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge